

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2017

No. 04-17-00668-CV

**IN THE INTEREST OF J.N.G. AND C.Y.G.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01667
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

      This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file his brief. The motion is GRANTED. Appellant's brief is due January 8, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court